**Opinion issued November 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00566-CV

————————————

**BRENT BURGIN AND STACY BURGIN, Appellants**

**V.**

**SHARP ENGINEERING, INC., Appellee**

———————————————————————————————————

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 16-DCV-229534**

———————————————————————————————————

## MEMORANDUM OPINION

Appellants Brent Burgin and Stacy Burgin appealed from the trial court's July 27, 2023 order granting summary judgment in favor of appellee, Sharp Engineering, Inc. On October 31, 2023, appellants filed an "Unopposed Motion to Dismiss

Appeal," stating that appellants "no longer wish[ed] to prosecute this appeal." Appellants further requested that the Court "dismiss th[eir] appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.